**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-02161-KMT

CHANTINE MACKLIN,

    Plaintiff,

v.

CARECORE NATIONAL, LLC d/b/a EVICORE HEALTHCARE d/b/a EVICORE,

    Defendant.

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant, CareCore National, LLC d/b/a eviCore Healthcare d/b/a eviCore, states that CareCore National, LLC is a wholly owned subsidiary of MedSolutions Holdings, Inc., which is a wholly owned subsidiary of eviCore 1, LLC, which is a wholly owned subsidiary of Evernorth Health, Inc.  Evernorth Health, Inc. is wholly owned by Cigna Corporation, a publicly traded company (NYSE: CI).  No other publicly traded company directly holds 10% or more of CareCore National, LLC.

Respectfully submitted this 18th day of November, 2020.

        JACKSON LEWIS P.C.

        *s/ Timothy M. Kratz*
        Timothy M. Kratz, Esq.
        Jeffrey H. McClelland, Esq.
        950 17th St., Suite 2600
        Denver, CO 80202
        Telephone: (303) 892-0404
        Fax: (303) 892-5575
        tim.kratz@jacksonlewis.com
        jeffrey.mcclelland@jacksonlewis.com

        *ATTORNEYS FOR DEFENDANT*

**CERTIFICATE OF SERVICE**

I certify that on this 18th day of November, 2020, a true and correct copy of the foregoing **CORPORATE DISCLOSURE STATEMENT** was filed via CM/ECF and mailed upon the following:

Christopher G. Wilhelmi
Stinar & Zendejas, PLLC
121 East Vermijo Ave., Suite 200
Colorado Springs, CO 80903
chris@coloradolawgroup.com

*ATTORNEYS FOR PLAINTIFF*

                *s/ Faith Poindexter*
                for Jackson Lewis P.C.