IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-2161-KMT

CHANTINE MACKLIN,

    Plaintiff,

v.

CARECORE NATIONAL, LLC d/b/a EVICORE HEALTHCARE d/b/a EVICORE,

    Defendant.

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff Chantine Macklin and Defendant CareCore National, LLC d/b/a eviCore Healthcare d/b/a eviCore, jointly and by and through their respective counsel, respectfully notice the Court of their settlement and submit their joint stipulate for dismissal to the Court, pursuant to Fed. R. Civ. P. 41(1)(A)(ii).

Respectfully submitted this 3rd day of February 2021.

| ATTORNEY FOR PLAINTIFF | ATTORNEY FOR DEFENDANT |
|---|---|
| */s/Christopher G. Wilhelmi* | */s/ Timothy M. Kratz* |
| Christopher G. Wilhelmi | Timothy M. Kratz |
| Stinar & Zendejas, PLLC | Jeffrey H. McClelland |
| 121 East Vermijo Ave, Suite 200 | 950 17th Street, Suite 2600 |
| Colorado Springs, CO 80903 | Denver, CO 80202 |
| E-mail: chris@coloradolawgroup.com | E-mail: Tim.Kratz@jacksonlewis.com |
| Phone: 719-635-4200 | E-mail: Jeffrey.McClelland@jacksonlewis.com |
| Fax: 719-635-2493 | Phone: 303-892-0404 |

CERTIFICATE OF SERVICE

   I hereby certify that on this 3rd day of February 2021, I have caused a true and correct copy of the foregoing be electronically filed and served on all counsel of record listed below via CM/ECF:

Timothy M. Kratz
950 17th Street, Suite 2600
Denver, CO 80202
Tim.Kratz@jacksonlewis.com

Jeffrey H. McClelland
950 17th Street, Suite 2600
Denver, CO 80202
Jeffrey.McClelland@jacksonlewis.com     */s/ Zeta Graves*
                       Zeta Graves
                       Stinar & Zendejas Paralegal